May 18, 2012

Mr. Arthur Cleveland D'Andrea
Assistant Solicitor General
P.O. Box 12548 (MC059)
Austin, TX 78711-2548
Ms. Susan C. Conway
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

RE: Case Number: 10-0374
 Court of Appeals Number: 03-08-00535-CV
 Trial Court Number: D-1-GN-04-003621

Style: TEXAS DEPARTMENT OF INSURANCE, HONORABLE MIKE GEESLIN,
 COMMISSIONER OF INSURANCE AND HONORABLE DANNY SAENZ, SENIOR ASSOCIATE
 COMMISSIONER
 v.
 AMERICAN NATIONAL INSURANCE COMPANY AND AMERICAN NATIONAL LIFE
 INSURANCE COMPANY OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Hecht not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Christian J. Ward |
| |Mr. Ron Beal |